UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

Salvatore,

                                    **Plaintiffs**,

            -against-

**Resort World Catskills,**

                              **Defendant.**

-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___ 12/16/2025 __

**ORDER RE STATUS CONFERENCE**

**7:24-cv-09838-VR**

**VICTORIA REZNIK, United States Magistrate Judge:**

        A Status Conference (via telephone) is hereby scheduled for **January 15,  2026 at 10:30**

**am.**  The parties are to dial in to the **Cisco Webex conference line at 855-244-8681, enter**

**Meeting ID #2310 527 2044** and then # to enter the conference.  At the Status Conference, the

parties should be prepared to discuss the following:

        (1) a brief summary of claims, defenses, and relevant issues;
        (2) the basis of subject matter jurisdiction;
        (3) the subjects on which discovery may be needed;
        (4) any anticipated discovery disputes or sought-after limitations on discovery;
        (5) any plans for electronic discovery and ESI protocols;
        (6) any plans for confidentiality orders and orders relating to Fed. R. Evid. 502(d);
        (7) any anticipated motions; and
        (8) the prospects and timing for early settlement or resolution.


        **SO ORDERED.**

DATED:        White Plains, New York
              December 16, 2025

                                        _____
                                        VICTORIA REZNIK
                                        United States Magistrate Judge